### 2331.   FIRST NATIONAL BANK OF MOULTRIE *v.* SAVANNAH BANK AND TRUST COMPANY.

RUSSELL, J.   1. The payee of a negotiable instrument, in the absence of anything appearing to the contrary, is presumed to be the first indorser; and indorsement "to the order of any bank or banker" carried to the plaintiff, as a bank, the right to collect the amount due on the check, and to bring suit either on the check or for the proceeds thereof.

2. A petition containing an allegation that the payee indorsed the check to the plaintiff bank for collection, and that the drawee stamped the check "Paid," and charged its customer, the drawer, with the amount the check called for, but has never paid the amount of the check to the plaintiff bank, or to any bank or banker for it, sets forth a good cause of action.   *Smith Roofing & Contracting Co.* v. *Mitchell,* 117 *Ga.* 772 (45 S. E. 47, 91 Am. St. R. 217).

3. A plea of payment, setting up that the proceeds of a check had been paid to a third person, but without any allegation that such person was authorized to receive payment, was properly stricken on motion.   The direction of the verdict in favor of the plaintiff was not harmful to the defendant. .                    *Judgment affirmed.*

DECIDED SEPTEMBER 6, 1910.

Complaint; from city court of Moultrie—Judge McKenzie.    November 12, 1909.

*J. A. Wilkes,* for plaintiff in error.

*W. L. Clay, Shipp & Kline,* contra.